TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 458-79

February 22, 1980. Motion for enlargement of time denied.

Billings, J.

Eugene CALDWELL v. George AFRICA, et al., No. 133-79

February 25, 1980. Let the mandate issue forthwith.

Daisey H. K. FRAPPIER v. Victor J. FRAPPIER, No. 220-79

February 25, 1980. There being no basis in law for the judgment, judgment reversed and judgment entered for the defendant.

Calvin C. JOSSELYN, Jr., Evelyn Josselyn and Sandra Josselyn v. CONTINENTAL TELEPHONE CO. OF VERMONT, INC., No. 457-79

February 25, 1980. Appeal dismissed for failure to comply with the order dated February 5, 1980.

IN RE Douglas B. ARNOT, No. 36-80

February 25, 1980. Petition for extraordinary relief denied.

Kilburn, D.J., dissenting.

Gary JARVIS v. Norman KOSS, No. 160-79

February 28, 1980. Motion to dismiss denied. Appellant's brief to be filed on or before March 24, 1980, or appeal dismissed.